UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK PAVELKA and
NICOLA PAVELKA,

    Plaintiffs,                                                Case No:  2:14-cv-10706-GAD-MJH

v.                                                            HON. GERSHWIN A. DRAIN

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,
a foreign insurance corp.,

    Defendant.

| Michael H. Fabian (P29024) | Phillip K. Yeager (P33761) |
|---|---|
| FABIAN, SKLAR & KING, P.C. | YEAGER, DAVISON & DAY, P.C. |
| Attys. for Plaintiffs | Attys. for Defendant |
| 33450 West Twelve Mile Road | 4690 East Fulton Street, Suite 102 |
| Farmington Hills, MI 48331 | Ada, MI  49301 |
| (248) 553-2000 | (616) 949-6252 |
| mfabian@fabiansklar.com | pky@ydd-law.com |

## STIPULATION & ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

      IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that Plaintiffs' Complaint be dismissed with prejudice and without costs.

**FABIAN, SKLAR & KING, P.C.**                **YEAGER, DAVISON & DAY, P.C.**

  /s/   Michael H. Fabian                  /s/  Phillip K. Yeager
Michael H. Fabian         (P29024)      Phillip K. Yeager         (P33761)
Attys. for Plaintiffs                        Attys. for Defendant
Dated:  August 18, 2015                Dated:  August 18, 2015

677318                              1

## ORDER OF DISMISSAL

At a session of said Court held in the U.S. District Court for the Eastern District of Michigan, Southern Division, on this 18th day of AUGUST, 2015.

PRESENT:   HON. GERSHWIN A. DRAIN
U.S. District Court Judge

Upon reading and filing of the attached Stipulation and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiffs' Complaint be dismissed with prejudice and without costs.

This is a final order, resolves all remaining issues, and closes this case.

s/Gershwin A Drain
Hon. Gershwin A. Drain
U.S. District Court Judge

677318